33 So.2d 280

**Bill, alias William, NIX v. STATE.**

8 Div. 614.

Court of Appeals of Alabama.
Oct. 28, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed, motion of appellant.

29 So.2d 902

**J. P. (alias Roy, &c.) NORRIS v. STATE.**

6 Div. 286.

Court of Appeals of Alabama.
Dec. 10, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

29 So.2d 902

**John OGLE v. STATE.**

8 Div. 520.

Court of Appeals of Alabama.
Jan. 28, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

32 So.2d 184

**Onea, alias Onie, OLIVER v. STATE.**

8 Div. 593.

Court of Appeals of Alabama.
June 10, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

32 So.2d 181

**Opal, alias Red, OLIVER v. STATE.**

8 Div. 594.

Court of Appeals of Alabama.
May 27, 1947.

Rehearing Stricken June 10, 1947.

H. H. Hamilton, of Russellville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

34 So.2d 34

**Hugh O'QUINN v. STATE.**

6 Div. 491.

Court of Appeals of Alabama.
Jan. 20, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.